IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL., ET AL., Plaintiffs, | ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 10-420 |
| WILLIAM BOUNDS, LTD., Defendant. | ) ) | |

### ORDER

AND NOW, this 11th day of March, 2011, upon consideration of Plaintiffs' Motion to Compel Compliance with ADR Rules and Procedures [document #40], IT IS HEREBY ORDERED that the motion is GRANTED and a party representative and an insurer representative of the Defendant must attend mediation in the instant case. Mediation of the instant case shall occur within 28 days of the date of this order. It shall be the responsibility of Plaintiffs' counsel to notify the Court of the date, time and location where the mediation will occur.

IT IS FURTHER ORDERED that Defendant shall be responsible for any and all of the mediator's costs and Plaintiffs' reasonable attorneys' fees relating to the cancelled mediation scheduled for Monday, February 21, 2011.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record