IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        )
ETC., ET AL.,                    )
           Plaintiffs,           )
                                 )   Civil Action No. 10-420
           v.                    )
                                 )
WILLIAM BOUNDS, LTD.,            )
           Defendant.            )

ORDER

AND NOW, this 18th day of March, 2011, the Court having

received defendant's Motion to Change Venue [document #44] and

Motion for Reconsideration [document #46] and briefs in support,

IS HEREBY ORDERED that any response to the motions and brief

shall be filed on or before April 4, 2011.  The pendency of these

motions does not excuse the parties from engaging in this Court's

required Alternate Dispute Resolution Program.

BY THE COURT:

s/Gary L. Lancaster
_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:  All parties of record